**EDA**

**FILED**
**MARCH 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1531**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DSM DESOTECH INC., )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　v.　　　　　　　　　　　　　　)　　Civil Case No. _____<br>　　　　　　　　　　　　　　　　)<br>3D SYSTEMS CORPORATION, )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | **JUDGE LEFKOW**<br>**MAGISTRATE JUDGE KEYS** |

## NOTICE OF CLAIM INVOLVING PATENT

Pursuant to Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff provides the following information to be used by the Clerk of the Court for the United States District Court for the Northern District of Illinois as required by 35 U.S.C. § 290.

1. <u>Names and Addresses of Parties</u>

   **Plaintiff**:　DSM Desotech Inc.
   　　　　　　　1122 St. Charles Street
   　　　　　　　Elgin, Illinois 60120

   **Defendant**:　3D Systems Corporation
   　　　　　　　333 Three D Systems Circle
   　　　　　　　Rock Hill, South Carolina  29730

3. <u>Designated Number of the Patent</u>:　6,340,297

   a. <u>Inventors</u>:  Brian G. Chapman; Christian H. Clausen; Daniel J. Mickish; and Esutathios Vassiliou

4. <u>Designated Number of the Patent</u>:　6,733,267

   a. <u>Inventors</u>:  Brian G. Chapman; Christian H. Clausen; Daniel J. Mickish; and Esutathios Vassiliou

Dated: March 14, 2008                               Respectfully submitted,

By:  \_/s/ Britt M. Miller_____

| | |
|---|---|
| Bruce M. Gagala | Andrew S. Marovitz |
| Jeffrey B. Burgan | Britt M. Miller |
| LEYDIG, VOIT & MAYER, LTD. | Thomas V. Panoff |
| Two Prudential Plaza, Suite 4900 | MAYER BROWN LLP |
| 180 North Stetson Avenue | 71 South Wacker Drive |
| Chicago, Illinois 60601 | Chicago, Illinois 60606 |
| (312) 616-5600 | (312) 782-0600 |
| (312) 616-5700 – fax | (312) 701-7711 – fax |

*Counsel for DSM Desotech Inc.*

1433825                                            2