Case 1:08-cv-01531 Document 4 Filed 03/14/2008 Page 1 of 2

EDA

FILED
MARCH 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DSM DESOTECH INC., | ) | **08 C 1531** |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. _____ |
| 3D SYSTEMS CORPORATION, | ) | **JUDGE LEFKOW** |
| | ) | **MAGISTRATE JUDGE KEYS** |
| Defendant. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Rule L. 3.2 of the Northern District of Illinois, Plaintiff DSM Desotech Inc. makes the following disclosures:

1. DSM Desotech Inc., a Delaware corporation, is not a publicly held company.

2. DSM Desotech Inc. is wholly owned by DSM Holding Company USA, Inc., a Delaware company, which is not publicly held.

3. DSM Desotech Inc. has one indirect parent corporation, Koninklijke DSM N.V., a public corporation whose shares are traded in the Netherlands, Switzerland, and Great Britain. In addition, Koninklijke DSM N.V. ADRs are traded in the United States. Koninklijke DSM N.V. is the limited partner, owning 99.99%, of DSM Finance (Belgium) C.V. DSM Finance (Belgium) C.V., in turn, owns 100 % of DSM Holding Company USA Inc., which, in turn, owns 100% of DSM Desotech Inc.

Dated:  March 14, 2008                                  Respectfully submitted,

                                                        By:   _/s/ Britt M. Miller_____

Bruce M. Gagala                                         Andrew S. Marovitz
Jeffrey B. Burgan                                       Britt M. Miller
LEYDIG, VOIT & MAYER, LTD.                              Thomas V. Panoff
Two Prudential Plaza, Suite 4900                        MAYER BROWN LLP
180 North Stetson Avenue                                71 South Wacker Drive
Chicago, Illinois 60601                                 Chicago, Illinois 60606
(312) 616-5600                                          (312) 782-0600
(312) 616-5700 – fax                                    (312) 701-7711 – fax

*Counsel for DSM Desotech Inc.*