UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DSM DESOTECH INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 3D SYSTEMS CORPORATION, ) <br> ) <br> Defendant. ) | Civil Case No. 08-C-1531 <br><br> Hon. Judge Joan H. Lefkow |

### 3D SYSTEMS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS IN EXCESS OF 15 PAGES

3D Systems, by its undersigned attorneys, submits this Unopposed Motion for Leave to File Memorandum in Support of its Motion to Dismiss in Excess of 15 Pages pursuant to Local Rule 7.1, and states as follows:

Plaintiff DSM Desotech, Inc. ("Desotech") filed a eight-count, 29 page complaint on March 14, 2008. It brings a tying claim pursuant to the Sherman Act § 1 and the Clayton Act § 3, an unreasonable restraint of trade claim pursuant to the Sherman Act § 1, and an attempted monopolization count pursuant to the Sherman Act § 2, as well as claims pursuant to the Illinois Antitrust Act, the Illinois Uniform Deceptive Trade Practices Act, and common law tortious interference with prospective economic advantage. Desotech also included a count for patent infringement, but 3D Systems does not intend to move to dismiss that count.

Because of the number and complexity of the claims that 3D Systems intends to move to dismiss, it requests this Court's leave to file a memorandum of no more than 35 pages. 3D Systems will attempt to limit the memorandum to as few pages as possible and will not use the expanded page limit to engage in repetition or futile arguments.

Counsel for 3D Systems, Paula Render, conferred with counsel for Desotech, Andrew Marovitz, regarding this motion. Mr. Marovitz authorized Ms. Render to represent to this Court that Desotech does not oppose this motion.

WHEREFORE, 3D Systems requests that this Court grant its unopposed motion to file a memorandum of up to but no more than 35 pages in support of its motion to dismiss Desotech's antitrust and state law claims.

DATED: May 19, 2008

                                                /s/ Paula W. Render
                                        *Attorneys for 3D Systems Corp.*

                                        Michael Sennett
                                        Paula W. Render
                                        JONES DAY
                                        77 West Wacker, Suite 3500
                                        Chicago, IL 60601
                                        Tel: (312) 782-3939
                                        Fax: (312) 782-8585
                                        msennett@jonesday.com
                                        prender@jonesday.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 19, 2008, a copy of the foregoing **3D Systems Corporation's Unopposed Motion for Leave to File Memorandum in Support of its Motion to Dismiss in Excess of 15 Pages** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagla
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOGT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

This 19th day of May 2008.

>/s/ Paula W. Render
>Paula W. Render