IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DSM DESOTECH, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3D SYSTEMS CORPORATION<br><br>　　　　Defendant. | Civil Action No. 08 C 1531<br><br>Judge Lefkow |

## NOTICE OF MOTION

To:　　Counsel on attached service list

　　PLEASE TAKE NOTICE that on **Thursday, May 22, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Lefkow or any judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant 3D Systems Corporation's Unopposed Motion for Leave to File Memorandum in Support of its Motion to Dismiss in Excess of 15 Pages.

Dated: May 19, 2008                                  Respectfully submitted,


                                                     /s/ Paula W. Render
                                                     Paula W. Render
                                                       Bar Registration No. IL 06237954
                                                       E-mail: prender@jonesday.com

                                                     Michael Sennett
                                                       Bar Registration No. IL 02550199
                                                       Email: msennett@jonesday.com

                                                     JONES DAY
                                                     77 West Wacker, Suite 3500
                                                     Chicago, IL  60601-1692
                                                     Telephone:    (312) 782-3939
                                                     Facsimile:    (312) 782-8585

                                                     Attorneys for Defendant 3D Systems
                                                     Corporation

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 19, 2008, the foregoing **Notice of Motion** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagla
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOGT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

This 19th day of May 2008.

>/s/ Paula W. Render
>Paula W. Render