# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1531 | **DATE** | 5/22/2008 |
| **CASE TITLE** | DSM Desotech, Inc. vs. 3D Systems Corporation | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to file memorandum in support of its motion to dismiss in excess of 15 pages [19] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|