## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1531         Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____            ☐ Other
       *(Type of Writ)*                _____
                                       _____
                                       *(Type of issuance)*

__1__ Original and __1__ copies on __5/29/08__ as to __3d systems, inc.__
                                    *(Date)*