AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DSM Desotech Inc.,

    Plaintiff,

v.

3D Systems Corporation and
3D Systems, Inc.,
    Defendants.

CASE NUMBER:    08 C 1531

ASSIGNED JUDGE:    Lefkow

DESIGNATED
MAGISTRATE JUDGE:    Keys

TO: (Name and address of Defendant)

3D Systems, Inc.
c/o Corporation Service Company
1703 Laurel Street
Columbia, SC 29201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Britt M. Miller
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: MAY 29 2008

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No:   08 C 1531

Case Name:   DSM DESOTECH INC. vs. 3D SYSTEMS CORPORATION AND 3D SYSTEMS, INC.

James A. Harrison, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **3D Systems, Inc c/o Corporation Service Company** at **1703 Laurel Street, Columbia, SC 29201** resulting in:

✓ Corporate service to an officer or an authorized individual of the company executed on the 30th day of May, 2008 at 2:21 P.M.

Name: Jody Wiles   Title: Agent

___ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: Female   Hair Color/Style: Brown / Short
Race: White   Height (approx.): 5'2"
Age (approx.) 24   Weight (approx.): 100 LBS
Notable Features/Notes: NA

Signed and Sworn to before me
This 30 day of May, 2008.

_Emily C. Harrison_
Notary Public

Served By:

_James A. Harrison_
Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                      *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.