**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DSM DESOTECH INC., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 08-C-1531 |
| ) | |
| v. ) | Hon. Joan H. Lefkow |
| ) | |
| 3D SYSTEMS CORPORATION and ) | |
| 3D SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

**3D SYSTEMS' MOTION TO DISMISS DESOTECH'S
ANTITRUST AND STATE LAW CLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants 3D Systems Corporation and 3D

Systems, Inc. hereby move to dismiss with prejudice Counts I-VII of DSM Desotech Inc.'s

Complaint, for the reasons set forth in the contemporaneously filed Memorandum of 3D Systems

in Support of Its Motion to Dismiss Desotech's Antitrust and State Law Claims.

Dated: June 6, 2008                     Respectfully submitted,


                                        /s/ Paula W. Render
                                        Michael Sennett (IL #06237954)
                                        Paula W. Render (IL #06237954)
                                        JONES DAY
                                        77 West Wacker Drive, Suite 3500
                                        Chicago, IL 60601
                                        Tel: (312) 782-3939
                                        Fax: (312) 782-8585
                                        msennett@jonesday.com
                                        prender@jonesday.com

                                        Sidney David
                                        Jonathan A. David
                                        LERNER DAVID LITTENBERG
                                        KRUMHOLZ & MENTLIK, LLP
                                        600 South Avenue West
                                        Westfield, NJ 07090-1497
                                        Tel: (908) 654-5000
                                        Fax: (908) 654-7866
                                        sdavid@ldlkm.com
                                        jdavid@ldlkm.com

                                        Attorneys for Defendants 3D Systems
                                        Corporation and 3D Systems, Inc.

CHI-1649499v1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 6, 2008, a copy of the foregoing **3D Systems Motion to Dismiss Desotech's Antitrust and State Law Claims** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

Andrew S. Marovitz
Britt M. Miller
Thomas V. Panoff
courtnotification@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606


Bruce M. Gagala
Jeffrey B. Burgan
bgagala@leydig.com
jburgan@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, Illinois 60601


/s/  Niloy Ray
        Niloy Ray