**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DSM DESOTECH INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>3D SYSTEMS CORPORATION and<br>3D SYSTEMS, INC.,<br><br>               Defendants. | )<br>)<br>)<br>)   Civil Case No. 08-C-1531<br>)<br>)   Hon. Joan H. Lefkow<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

To:    Counsel on attached service list

      PLEASE TAKE NOTICE that on **June 10, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Lefkow or any judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendants 3D Systems Corporation and 3D Systems, Inc.'s Motion to Dismiss Desotech's Antitrust and State Law Claims.

Dated: June 6, 2008                                    Respectfully submitted,


  /s/ Paula W. Render
Michael Sennett (IL #06237954)
Paula W. Render (IL #06237954)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Tel: (312) 782-3939
Fax: (312) 782-8585
msennett@jonesday.com
prender@jonesday.com

Sidney David
Jonathan A. David
LERNER DAVID LITTENBERG
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: (908) 654-5000
Fax: (908) 654-7866
sdavid@ldlkm.com
jdavid@ldlkm.com

Attorneys for Defendants 3D Systems
Corporation and 3D Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 6, 2008, the foregoing **Notice of Motion to Dismiss Desotech's Antitrust and State Law Claims** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagala
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

>/s/ Niloy Ray
>Niloy Ray