UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

DSM Desotech Inc.
                Plaintiff,

v.                                                Case No.: 1:08−cv−01531
                                                Honorable Joan H. Lefkow

3D Systems Corporation, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing stricken. 3D Systems' motion to dismiss antitrust and state law claims [29] is entered. On May 19, 2008 defendant 3D Systems sought leave of court to file a memorandum in support of its motion to dismiss not to exceed 35 pages [19]. The motion was granted on May 22, 2008 [23]. The filed memorandum exceeds 35 pages. Defendants are directed to file by June 17, 2008 a memorandum that does not exceed 35 pages. Response to motion to dismiss [29] will be due by July 15, 2008; reply will be due by 7/29/2008. Ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.