**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DSM DESOTECH INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>3D SYSTEMS CORPORATION and )<br>3D SYSTEMS, INC., )<br>)<br>Defendants. ) | Civil Case No. 08-C-1531<br><br>Hon. Joan H. Lefkow |

**MOTION OF 3D SYSTEMS
FOR CLARIFICATION OF JUNE 9, 2008 ORDER**

Defendants 3D Systems Corporation and 3D Systems, Inc. ("3D Systems") request that the Court clarify its June 9, 2008, Order so that they may comply with it. In support of this motion, 3D Systems states as follows:

The Court granted leave to 3D Systems to file a memorandum in support of its motion to dismiss of up to 35 pages (Dkt. # 23). 3D Systems filed the Memorandum on June 6, 2008, consisting of a cover page and 34 pages of briefing (Dkt. # 31). The brief also included a table of contents, table of authorities and certificate of service.

On June 9, 2008, the Court entered an Order striking the Memorandum for exceeding 35 pages and giving 3D Systems until June 17 to file a new Memorandum (Dkt. # 33). 3D Systems did not intend to exceed the page limit and believed that by limiting its briefing to 34 pages, it had complied with that limit. 3D Systems requests that this Court clarify its June 9, 2008 Order by entering an order stating which items should be included in the page count so that 3D Systems can ensure its prompt compliance. 3D Systems apologizes for any inconvenience to the Court.

WHEREFORE, 3D Systems requests that this Court clarify its June 9, 2008 Order by entering an order stating which of the following items should be included in the page count: (a) cover page, (b) table of contents, (c) table of authorities, or (d) certificate of service, or providing any other direction the Court deems appropriate.

Dated: June 9, 2008                                    Respectfully submitted,

                                                    /s/ Paula W. Render
Michael Sennett (IL #06237954)
Paula W. Render (IL #06237954)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Tel: (312) 782-3939
Fax: (312) 782-8585
msennett@jonesday.com
prender@jonesday.com

Sidney David
Jonathan A. David
LERNER DAVID LITTENBERG
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: (908) 654-5000
Fax: (908) 654-7866
sdavid@ldlkm.com
jdavid@ldlkm.com

Attorneys for Defendants 3D Systems
Corporation and 3D Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 9, 2008, a copy of the foregoing **3D Systems' Motion to Clarify June 9, 2008, Order** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagala
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

/s/  Paula W. Render

CHI-1653342v1