## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DSM DESOTECH INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>3D SYSTEMS CORPORATION and<br>3D SYSTEMS, INC.,<br><br>　　　　　　Defendants. | Civil Case No. 08-C-1531<br><br>Hon. Joan H. Lefkow |

### NOTICE OF MOTION OF 3D SYSTEMS
### FOR CLARIFICATION OF JUNE 9, 2008 ORDER

To:    Counsel on attached service list

PLEASE TAKE NOTICE that on **June 12, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Lefkow or any judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Motion of 3D Systems for Clarification of June 9, 2008 Order.

Dated: June 9, 2008

Respectfully submitted,

　/s/ Paula W. Render
One of the Attorneys for Defendants 3D
Systems Corporation and 3D Systems, Inc.

Sidney David
Jonathan A. David
LERNER DAVID LITTENBERG
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: (908) 654-5000
Fax: (908) 654-7866
sdavid@ldlkm.com
jdavid@ldlkm.com

Michael Sennett (IL #06237954)
Paula W. Render (IL #06237954)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Tel: (312) 782-3939
Fax: (312) 782-8585
msennett@jonesday.com
prender@jonesday.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 9, 2008, a copy of the foregoing **Notice of Motion of 3D Systems for Clarification of June 9, 2008 Order** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagala
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

/s/  Paula W. Render

CHI-1653346v1