**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

DSM Desotech Inc.
                                     Plaintiff,

v.                                                              Case No.: 1:08−cv−01531
                                                               Honorable Joan H. Lefkow

3D Systems Corporation, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendants' motion to clarify [34] is granted. The order of June 9, 2008 [33] is vacated. The following order is substituted: Status hearing stricken. Defendants' motion to dismiss [30] is entered. Plaintiff is given until July 8, 2008 to file response to motion. Defendants' reply will be due by July 22. Ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.