## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DSM DESOTECH INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 08 C 1531 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| 3D SYSTEMS CORPORATION and 3D SYSTEMS, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF DSM DESOTECH INC.'S UNOPPOSED MOTION TO FILE A MEMORANDUM OF LAW IN EXCESS OF 15 PAGES IN OPPOSITION TO 3D SYSTEMS' MOTION TO DISMISS

Plaintiff DSM Desotech Inc. ("Desotech") respectfully moves, pursuant to Local Rule 7.1, for an order permitting Desotech to file a memorandum of law not exceeding 35 pages, exclusive of tables of contents and authorities, in opposition to the motion and 34-page brief filed by defendants 3D Systems Corporation and 3D Systems, Inc. (collectively "3DS") to dismiss Desotech's Antitrust and State Law Claims. Dkt. 29, 31.

In this antitrust and patent infringement case, Desotech filed an eight count Amended Complaint (Dkt. 21), which alleges violations of the Sherman Act, Clayton Act, Illinois Antitrust Act, Illinois Uniform Deceptive Trade Practices Act, as well as claims for intentional interference with prospective economic advantage and patent infringement. On June 6, 2008, 3DS moved to dismiss all but Desotech's patent infringement count and filed a 34-page brief in support of its motion to dismiss. Dkt. 31. Because of the number and variety of arguments made by 3DS in its memorandum of law, Desotech seeks this Court's leave to file a memorandum of

law in opposition to 3DS's motion of no more than 35 pages, exclusive of tables of contents and authorities. On May 22, 2008, this Court granted a similar, unopposed motion for an extension of pages filed by 3DS. Dkt. 23.

On June 23, 2008, counsel for Desotech conferred with counsel for 3DS regarding this motion. Counsel for 3DS authorized counsel for Desotech to represent to this Court that 3DS does not oppose this motion.

WHEREFORE, Desotech respectfully requests, pursuant to Local Rule 7.1, that this Court grant its unopposed motion to file a memorandum of law not exceeding 35 pages, exclusive of tables of contents and authorities, in opposition to 3DS's Motion to Dismiss Desotech's Antitrust and State Law Claims.

Dated: June 23, 2008

Respectfully submitted,

*Plaintiff DSM Desotech Inc.*

By:     /s/ Britt M. Miller
        One of its attorneys

Bruce M. Gagala
Jeffrey B. Burgan
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5600
(312) 616-5700 – fax

Andrew S. Marovitz
Britt M. Miller
Thomas V. Panoff
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

2