IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DSM DESOTECH INC., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 08 C 1531 |
| ) | |
| v. ) | Judge Lefkow |
| ) | |
| 3D SYSTEMS CORPORATION and 3D ) SYSTEMS, INC., ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF UNOPPOSED MOTION

TO:    Michael Sennett
Paula W. Render
Niloy Ray
JONES DAY LLP
77 West Wacker Drive
Chicago, Illinois 60601

Sidney David
Jonathan A. David
LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, New Jersey 07090

    PLEASE TAKE NOTICE that on Thursday, June 26, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan Humphrey Lefkow in Courtroom 1925 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF DSM DESOTECH INC.'S UNOPPOSED MOTION TO FILE A MEMORANDUM OF LAW IN EXCESS OF 15 PAGES IN OPPOSITION TO 3D SYSTEMS' MOTION TO DISMISS** which has been provided to you through the CM/ECF system.

Dated:  June 23, 2008                              Respectfully submitted,

                                                           *Plaintiff DSM Desotech Inc.*

By:   /s/ Britt M. Miller
        One of its attorneys

| Bruce M. Gagala | Andrew S. Marovitz |
|---|---|
| Jeffrey B. Burgan | Britt M. Miller |
| LEYDIG, VOIT & MAYER, LTD. | Thomas V. Panoff |
| Two Prudential Plaza, Suite 4900 | MAYER BROWN LLP |
| 180 North Stetson Avenue | 71 South Wacker Drive |
| Chicago, Illinois 60601 | Chicago, Illinois 60606 |
| (312) 616-5600 | (312) 782-0600 |
| (312) 616-5700 – fax | (312) 701-7711 – fax |