**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

DSM Desotech Inc.
                                  Plaintiff,

v.                                                                             Case No.: 1:08–cv–01531
                                                                             Honorable Joan H. Lefkow

3D Systems Corporation, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion for leave to file a memorandum of law in excess of 15 pages in opposition to motion to dismiss [37] is granted. A memorandum of law, not exceeding 35 pages, exclusive of tables of contents and list of authorities, may be filed in opposition to motion to dismiss.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.