**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DSM DESOTECH INC., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 08-C-1531 |
| ) | |
| v. ) | Hon. Joan H. Lefkow |
| ) | |
| 3D SYSTEMS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**3D SYSTEMS' UNOPPOSED MOTION FOR ONE-WEEK EXTENSION**
**OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

3D Systems, by its undersigned attorneys, submits this Unopposed Motion for One-Week Extension of Time to File Reply in Support of Motion to Dismiss, and states as follows:

Defendants 3D Systems, Inc. and 3D Systems Corp. ("3D Systems") filed a motion to dismiss Plaintiff DSM Desotech's Amended Complaint on June 6, 2008. The Court entered a briefing schedule on June 12, 2008, setting July 8, 2008, as the date for Desotech's Response and July 22, 2008, for 3D Systems' Reply. Desotech filed its response on July 8, 2008.

Due to travel schedules and other commitments, 3D Systems requests a one week extension of the date for its Reply brief to July 29, 2008. Counsel for 3D Systems, Paula Render, conferred with counsel for Desotech, Britt Miller, regarding this motion. Ms. Miller authorized Ms. Render to represent to this Court that Desotech does not oppose this motion.

WHEREFORE, 3D Systems requests that this Court grant this unopposed motion to extend the deadline one week, to July 29, 2008, for 3D Systems' reply in support of its motion to dismiss Desotech's antitrust and state law claims.

DATED: July 16, 2008

/s/ Paula W. Render
*One of the Attorneys for 3D Systems Corp. and 3D Systems, Inc.*

| | |
|---|---|
| Sidney David | Michael Sennett |
| Jonathan A. David | Paula W. Render |
| LERNER DAVID LITTENBERG | Niloy Ray |
| KRUMHOLZ & MENTLIK, LLP | JONES DAY |
| 600 South Avenue West | 77 West Wacker Drive, Suite 3500 |
| Westfield, NJ 07090-1497 | Chicago, IL 60601 |
| Tel: (908) 654-5000 | Tel: (312) 782-3939 |
| Fax: (908) 654-7866 | Fax: (312) 782-8585 |
| sdavid@ldlkm.com | msennett@jonesday.com |
| jdavid@ldlkm.com | prender@jonesday.com |
| | nray@jonesday.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 16, 2008, a copy of the foregoing **3D Systems Corporation's Unopposed Motion for One-Week Extension of Time to File Reply in Support of Motion to Dismiss** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagala
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOGT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

>/s/ Paula W. Render
>Paula W. Render