**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DSM DESOTECH INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>3D SYSTEMS CORPORATION, )<br>)<br>Defendant. ) | Civil Case No. 08-C-1531<br><br>Hon. Joan H. Lefkow |

**NOTICE OF MOTION**

To:   Counsel on attached service list

     PLEASE TAKE NOTICE that on **Thursday, July 22, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Lefkow or any judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant 3D Systems Corporation's Unopposed Motion for One-Week Extension of Time to File Reply in Support of Motion to Dismiss.

                                                                            /s/ Paula W. Render
                                                       One of the Attorneys for 3D Systems Corp.
                                                       and 3D Systems, Inc.

| | |
|---|---|
| Sidney David<br>Jonathan A. David<br>LERNER DAVID LITTENBERG<br>KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>Tel: (908) 654-5000<br>Fax: (908) 654-7866<br>sdavid@ldlkm.com<br>jdavid@ldlkm.com | Michael Sennett<br>Paula W. Render<br>Niloy Ray<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>Tel: (312) 782-3939<br>Fax: (312) 782-8585<br>msennett@jonesday.com<br>prender@jonesday.com<br>nray@jonesday.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 16, 2008, the foregoing **Notice of Motion** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagala
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOGT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

>/s/ Paula W. Render
>Paula W. Render

CHI-1659524v1