**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DSM DESOTECH INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 08-C-1531 |
| v. | ) | |
| | ) | Hon. Joan H. Lefkow |
| 3D SYSTEMS CORPORATION and | ) | |
| 3D SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**3D SYSTEMS' MOTION TO STAY CERTAIN DISCOVERY**

Pursuant to Fed. R. Civ. P. 7(b) and 26(c), Defendants 3D Systems Corporation and 3D

Systems, Inc. hereby move to stay certain discovery pending the Court's ruling on their motion

to dismiss the antitrust and state-law claims brought by 3D Systems' competitor, DSM Desotech

Inc. (Counts I-VII), for the reasons set forth in the supporting Memorandum filed

contemporaneously with this motion.  Defendants have not moved to dismiss Desotech's patent

claim in this case (Count VIII of the Amended Complaint) and do not seek to stay discovery on

that claim or Defendants' Counterclaim).  Defendants conferred with Desotech's counsel but

were unable to reach agreement regarding the issues in this motion, as set forth more fully in the

supporting Memorandum.

WHEREFORE, for the reasons set forth in their contemporaneously filed memorandum

in support of this motion, 3D Systems Corporation and 3D Systems, Inc. request that this Court

stay all discovery relating to Counts I-VII of the Amended Complaint, and for such other and

further relief as is appropriate.

Dated: August 19, 2008                      Respectfully submitted,

                                            /s/ Paula W. Render
                                            _____
                                            *One of the Attorneys for Defendants 3D*
                                            *Systems Corporation and 3D Systems, Inc.*

Sidney David (sdavid@ldlkm.com)             Michael Sennett (msennett@jonesday.com)
Jonathan A. David (jdavid@ldlkm.com)        Paula W. Render (prender@jonesday.com)
LERNER DAVID LITTENBERG                     Niloy Ray (nray@jonesday.com)
KRUMHOLZ & MENTLIK, LLP                     JONES DAY
600 South Avenue West                       77 West Wacker Drive, Suite 3500
Westfield, NJ 07090-1497                    Chicago, IL 60601
Tel: (908) 654-5000                         Tel: (312) 782-3939
Fax: (908) 654-7866                         Fax: (312) 782-8585

<strong>CERTIFICATE OF SERVICE</strong>

The undersigned, an attorney, certifies that on August 19, 2008, a copy of the foregoing

**3D Systems' Motion to Stay Certain Discovery** was served via ECF pursuant to Local Rule 5.5

to the following attorneys of record:

> Andrew S. Marovitz
> Britt M. Miller
> Thomas V. Panoff
> courtnotification@mayerbrown.com
> MAYER BROWN LLP
> 71 South Wacker Drive
> Chicago, Illinois 60606
>
>
> Bruce M. Gagala
> Jeffrey B. Burgan
> bgagala@leydig.com
> jburgan@leydig.com
> LEYDIG, VOIT & MAYER, LTD.
> Two Prudential Plaza, Suite 4900
> 180 North Stetson Avenue
> Chicago, Illinois 60601

/s/ Paula W. Render

CHI-1658363v2