IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DSM DESOTECH INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 08-C-1531 |
| v. | ) | |
| | ) | Hon. Joan H. Lefkow |
| 3D SYSTEMS CORPORATION and | ) | |
| 3D SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**3D SYSTEMS' MOTION FOR
SEPARATE TRIALS OF PATENT LIABILITY AND PATENT DAMAGES ISSUES
AND TO STAY DISCOVERY OF PATENT DAMAGES**

Pursuant to Fed. R. Civ. P. 7(b), 26(c) and 42(b), Defendants 3D Systems Corporation and 3D Systems, Inc. hereby move for separate trials of patent liability and patent damages issues and to stay discovery on patent damages in the above-captioned matter, for the reasons set forth in the contemporaneously filed Memorandum in Support of Motion for Separate Trials of Patent Liability and Patent Damages Issues and to Stay Discovery of Patent Damages for the reasons set forth in the supporting Memorandum filed contemporaneously with this motion. Defendants conferred with Desotech's counsel but were unable to reach agreement regarding the issues in this motion, as set forth more fully in the supporting Memorandum.

WHEREFORE, for the reasons set forth in the contemporaneously filed supporting Memorandum, 3D Systems respectfully requests that the Court enter an order separating the trial of the patent liability and patent damages issues, and staying all discovery on patent damages until after trial of the patent liability issues.

|  |  |
|---|---|
| Dated: August 19, 2008 | Respectfully submitted, |
|  | /s/ Paula W. Render |
|  | *One of the Attorneys for Defendants 3D Systems Corporation and 3D Systems, Inc.* |

Sidney David (sdavid@ldlkm.com)
Jonathan A. David (jdavid@ldlkm.com)
LERNER DAVID LITTENBERG
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: (908) 654-5000
Fax: (908) 654-7866

Michael Sennett (msennett@jonesday.com)
Paula W. Render (prender@jonesday.com)
Niloy Ray (nray@jonesday.com)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Tel: (312) 782-3939
Fax: (312) 782-8585

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 19, 2008, a copy of the foregoing **3D Systems' Motion for Separate Trials of Patent Liability and Patent Damages Issues and to Stay Discovery of Patent Damages** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

>Andrew S. Marovitz
>Britt M. Miller
>Thomas V. Panoff
>courtnotification@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606

>Bruce M. Gagala
>Jeffrey B. Burgan
>bgagala@leydig.com
>jburgan@leydig.com
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 North Stetson Avenue
>Chicago, Illinois 60601

/s/ Paula W. Render

CHI-1664538v1