# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DSM DESOTECH INC.,  )<br>  )<br>     Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>3D SYSTEMS CORPORATION and  )<br>3D SYSTEMS, INC.,  )<br>  )<br>     Defendants.  )  | Civil Case No. 08-C-1531<br><br>Hon. Joan H. Lefkow |

## NOTICE OF MOTIONS

To:   Counsel on attached service list

PLEASE TAKE NOTICE that on **August 26, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Lefkow or any judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendants 3D Systems Corporation and 3D Systems, Inc.'s Motion to Stay Certain Discovery and Motion for Separate Trials of Patent Liability and Patent Damages Issues and to Stay Discovery of Patent Damages.

Dated: August 19, 2008

Respectfully submitted,

/s/ Paula W. Render

*One of the Attorneys for Defendants 3D Systems Corporation and 3D Systems, Inc.*

| | |
|---|---|
| Sidney David (sdavid@ldlkm.com)<br>Jonathan A. David (jdavid@ldlkm.com)<br>LERNER DAVID LITTENBERG<br>KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>Tel: (908) 654-5000<br>Fax: (908) 654-7866 | Michael Sennett (msennett@jonesday.com)<br>Paula W. Render (prender@jonesday.com)<br>Niloy Ray (nray@jonesday.com)<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>Tel: (312) 782-3939<br>Fax: (312) 782-8585 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 19, 2008, a copy of the foregoing **Notice of Motions** was served via ECF pursuant to Local Rule 5.5 to the following attorneys of record:

> Andrew S. Marovitz
> Britt M. Miller
> Thomas V. Panoff
> courtnotification@mayerbrown.com
> MAYER BROWN LLP
> 71 South Wacker Drive
> Chicago, Illinois 60606

> Bruce M. Gagala
> Jeffrey B. Burgan
> bgagala@leydig.com
> jburgan@leydig.com
> LEYDIG, VOIT & MAYER, LTD.
> Two Prudential Plaza, Suite 4900
> 180 North Stetson Avenue
> Chicago, Illinois 60601

/s/ Paula W. Render

CHI-1658270v2