## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1531 | **DATE** | 8/26/2008 |
| **CASE TITLE** | DSM Desotech, Inc. vs. 3D Systems Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Responses to defendants' motion to stay certain discovery [46] and defendants' motion for separate trials of patent liability and patent damages issues and to stay discovery of patent damages [48] due by 9/9/2008; replies due by 9/16/2008; ruling is set for 10/21/2008 at 9:30 a.m.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|