# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1531 | **DATE** | 1/26/2009 |
| **CASE TITLE** | DSM Desotech vs. 3D Systems Corporation, et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, defendants' motion to dismiss [#29] is granted in part and denied in part. The motion is granted with respect to Counts I and II and denied as to Counts III through VII. Plaintiff's tying claims, Counts I and II of the amended complaint, are hereby dismissed without prejudice. Desotech is granted leave to replead its tying claims by March 2, 2009. The discovery stay previously entered pending resolution of defendants' motion to dismiss is hereby lifted. Discovery may proceed on all of the outstanding antitrust and patent claims, including the patent damages issues. A status hearing and scheduling conference is set for March 31, 2009 at 9:30 a.m. In the meantime, the parties are directed to confer about—and, if possible, submit—an agreed proposed case management schedule for the antitrust claims (a scheduling order for the patent claims having already been entered on December 2, 2008).

■ [ For further detail see separate order(s).]  Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|